Decided December 8, 2003

## HEYWARD SELLERS *v.* SELLERS GARAGE, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 80 Conn. App. 15 (AC 23114), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.